IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES for the use of
INLAND SOUTHERN CORPORATION and
INLAND SOUTHERN CORPORATION,

    Plaintiffs,

v.                                                                         NO. 1-03-1328

MPACT CONSTRUCTION GROUP,
LLC; FIDELITY & DEPOSIT COMPANY
OF MARYLAND,

    Defendants.

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b), Local Rule 7.2 and Local Rule 16.01(b) and 7.4, the parties have filed a Joint Motion for Modification of this Court's Scheduling Order. The parties submit this Memorandum in Support of their Motion pursuant to Local Rule 7.2. However, the parties have not had sufficient opportunity in which to schedule and complete depositions in this case. Therefore, Plaintiff and Defendant will need an additional 60 days in which to complete depositions. Given the foregoing the parties submit that good cause exists in which to modify this Court's Scheduling Order to allow the parties an additional 60 days in order to take depositions in preparation for trial.

WHEREFORE premises considered Plaintiff and Defendant jointly request that the Court modify its scheduling order to provide for the following deadlines:

    a.    Deposition deadline is June 29, 2005.

    b.    Filing Dispositive motions deadline July 13, 2005.

**MOTION GRANTED**
DATE: 18 April 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 04-20-05

    c.    Final list of witnesses and exhibits deadline for the Plaintiff is July 27, 2005.

    d.    Final list of witnesses and exhibits deadline for the Defendant is August 10, 2005.

Respectfully Submitted,

**ESKINS, KING & SEVIER, P.C.**

_/s/ Bradley W. Eskins_
Bradley W. Eskins (19372)
Attorney for Plaintiff
50 N. Front St., Suite 770
Memphis, TN 38103
901-578-6902

_/s/ John M. Gillum_ BSP
John M. Gillum
Attorney for Defendant
150 Fourth Avenue North, Suite 2200,
Nashville, TN 37219

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:03-CV-01328 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

John M. Gillum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT